JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     COURT NO: 92 A 20959
        Plaintiff,

      v.                   DEFAULT JUDGMENT

JOHN GERHARDT

        Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JOHN GERHARDT

the sum of $2,734.25 as principal, $1,398.95 as accrued prejudgment interest, $140.00 administrative charges, and $125.00 costs, plus $473.00 attorney fees for a total amount of $4,871.20, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 3 0 1992

                               LEONARD A. BROSNAN, CLERK
                               U.S. District Court
                               Central District of California

                               By:_____
                                    Deputy Clerk